IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE SUZANNE METZGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.  2:13cv-567-WHA |
| ) | |
| JUDGE McGUIRE, ) | (WO) |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the order entered by the court on this day,

Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED prior to services of process.

DONE this 30th day of January, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE